**Opinion issued February 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

——————————————

## NO. 01-24-00613-CV

——————————————

**BENITO R. PEREZ AND MA I. PEREZ, Appellants**

**V.**

**YADIRA DAMIAN AND MA SANTOS SALAZAR, Appellees**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-287998**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).  Further, although appellants' certificate of conference states that opposing counsel has not responded

to their attempt to confer, appellants' motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant Appellants' Motion to Dismiss Appeal and, as requested, dismiss their appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.